**AP–004** Appeal Memorandum – Rev. 02/07/2017

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Jesus Vasquez, Jr. and Penney Leigh Vasquez
    Debtor(s)

Bankruptcy Case No.:
19–01841–5–SWH

Jesus Vasquez Jr.
et al.
    Plaintiff(s)
    vs.
JPMorgan Chase Bank, N.A.
    Defendant(s)

Adversary Proceeding No.:
19–00100–5–SWH

## MEMORANDUM

Pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, within fourteen (14) days after filing the notice of appeal, entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding, the appellant must file with the court, a designation of the items to be included in the record on appeal and a statement of issues to be presented. A copy must be served on the appellee.

Within fourteen (14) days after service of the appellant's statement, the appellee may file a designation of additional items to be included in the record. A copy must be served on the appellant.

If the record designated by any party includes a transcript of any proceeding or a part thereof, the party must file with the clerk a written request for the transcript. The cost of the transcript is the responsibility of the requesting party.

Dated: March 26, 2020

                                        Stephanie J. Butler
                                        Clerk of Court